Supreme Court of the State of DELAWARE                    6/19/23

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2023 JUN 16 AM 9:08

23 - 663

Trina Stanford, Plaintiff,
30 Leary Drive
Wilm, Dela. 19805
        v.
Chimes of Deware
Susan Stokes, Amy
Gruzeski, Denise  Defendant,
Liable,

Case No:
Breach of fiduciary, egregious Breach of
Public Trust, Breach of Federal Contract.
Violation of Supreme Court ruling of 1998 523
U.S. 751, Genocide under color of Law,
Economic Genocide under color of Law and
Terrorism by a foreign entity/Corporation.
Including willful Retention conspiracy to obst-
ruct Justice and False Statements.

NOTICE to PRINCIPAL IS NOTICE TO AGENT
NOTICE to AGENT IS NOTICE TO PRINCIPAL

COMES Now Trina Stanford having attained the age of Majority.
Competent to testify, a self-realized being a free woman upon
the Land, My yes be my yes, my no means no hereby solemnly
State. That the Truths and Fact here in are the First hand per-
sonal Knowledge, and true Correct, Complete, Certain, and
not Misleading so help me God.
This is a Claim against your Agency, Chimes of Delaware for
violation of human rights, violation of International Law by way
of Being Citizens of a foureign state. Im seeking to be made
whole in connection with the Decision on my Article by Chimes
was a blatant disregard for the rule of Law, a letter of
Content was sent to Chime of Dela. so they were well aware
of there Violation of Law. Im seeking Commercial and
Criminal remedies and all those responsible under all
applicable provisions and mandates of the ordained Con
stitution for the people of the United States of America
and Laws made in pursuance there of but not limited to
18 USC 219, 241, 242, 654, 912, 951, and 1001.

1. Chimes acting of the violation under the Color of Contract
2. and Color of Law, This is a Claim not only for punitive damages
3. or a Claim in excess of policy limits. This is a warning in
4. excess of policy limits and there intent to circumvent the
5. Supreme Court ruling of 1998 Kiowa Tribe of Oklahoma-v-Man-
6. ufacturing Technologies 523 U.S. 751. Breach of Federal Contract
7. Breach of Fiduciary and egregious Breach of public trust,
8. (Baisely-v-Henry). one who assumes to act as an agent is
9. responsible to third persons as a principal for his acts in
   the Course of his agency.
10. Who ever, under color of any law, Statute Ordinance regulation,
11. or Custom, will fully subjects any person in any State territory
12. Common wealth, Possession, or District to the deprivation of
13. any rights, privileges or Immunities secured or protected
14. by the constitution or laws of the united States, or to
15. Different punishments pains or penalties on account
16. of Such person being an alien, or by reason of his color or
17. race then are prescribed for the punishment of Citizens,
18. Shall be fined under this title or imprisoned not more
19. than one year, or both and if bodily injury results from the
20. acts committed in violation of this section or if such acts
21. include the use, attempted use, or threatened use of a posit-
22. ion. An agreement Creating obligations enforceable by law. The
23. basic elements of a Contract are mutual assent, Consideration,
24. Capacity, and legality. It includes topics such as the nature
25. of Contract, privity of contract. An agreement with Specific
26. terms acceptance and performance which results in a meeting
27. of the minds. which can be a promise or payment in some form,
28. a time, or event when performance must be made. In seeking
    ten million in relief because this is not about one person it's about
    t a nations rights and it's people to live free and not deal with
    economic Genocide by Corporations that comes to are land
    to robbe us of are God given rights.
    Capitus Diminuto Maxims that a mans condition changes
    from freedom to bondage and becomes and becomes a slave or
    item of Inventory — Blacks Law Dictionary
    Every thing mentioned is true and correct and under penalty of
    perjury
    Date: 6/15/23

    Sg: