IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRINA M. STANFORD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 23-663-RGA |
| | : | |
| CHIMES OF DELAWARE, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this 30th day of May, 2024,

IT IS HEREBY ORDERED that:

1. On April 19, 2024, an Order was entered that dismissed the Amended Complaint and gave Plaintiff leave to file a second amended complaint on or before May 17, 2024. (D.I. 12). Plaintiff was warned that failure to timely file a second amended complaint would result in the case being closed.

2. The time has passed, and Plaintiff failed to file a second amended complaint.

3. The case is **DISMISSED** and the Clerk of Court is directed to **CLOSE** the case.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE